IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADRIA MOORE,

    Petitioner,

vs.                                CASE NO. 4:09-cv-381-SPM/WCS

WALTER A. MCNEIL, et al.,

    Respondents.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 11), which recommends that Respondents' Motion to Dismiss (doc. 7) be granted. Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner filed two objections (docs. 14, 17). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

Petitioner's § 2254 habeas petition and objections assert that he is entitled to relief because the state trial court in his underlying criminal case failed to comply with the State of Florida's Speedy Trial Rule. See Fla. R. Crim. P.

3.191. However, the alleged failure of the trial court to comply with the requirements of state law does not amount to a cognizable claim for federal habeas relief. Additionally, the Petitioner's habeas petition is time barred and procedurally barred, as his claim was not properly exhausted.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 11) is *adopted* and incorporated by reference into this order.

2. Respondents' Motion to Dismiss (doc. 7) is **granted** and the petition for writ of habeas corpus (doc. 1) is **dismissed with prejudice**.

3. A certificate of appealability is **denied**.

4. All pending motions are **denied as moot**.

DONE AND ORDERED this thirteenth day of October, 2010.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge